THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, et al., <br><br>            Plaintiffs/Counterclaim Defendants, <br><br>    v. <br><br> ICICLE SEAFOODS, INC., et al., <br><br>            Defendants/Counterclaim Plaintiffs. | IN ADMIRALTY <br><br> NO.  2:20-cv-00401-RSM-DWC <br><br> STIPULATION FOR DISMISSAL OF CERTAIN DEFENDANTS/ COUNTERCLAIM PLAINTIFFS AND ORDER <br><br> **NOTE ON MOTION CALENDAR:** **August 4, 2020** |

Pursuant to LCR 7(d)(1), the parties, by and through their undersigned counsel of record, stipulate and agree as follows:

1.     Defendants/counterclaim plaintiffs WA Vessel Company LLC, Cooke Aquaculture Pacific, LLC, and Icicle Vessel Holding, Inc. are named as insureds on the insurance policies at issue in this case and were therefore joined as parties, but they do not have any real interest in the proceeds or claims at issue;

2.     All claims and causes of action against defendants/counterclaim plaintiffs WA Vessel Company LLC, Cooke Aquaculture Pacific, LLC, and Icicle Vessel Holding, Inc., and all counterclaims and causes of action by defendants/counterclaim plaintiffs WA Vessel Company LLC, Cooke Aquaculture Pacific, LLC, and Icicle Vessel Holding, Inc., can and shall be dismissed with prejudice;

STIPULATION FOR DISMISSAL OF
CERTAIN DEFENDANTS/COUNTERCLAIM
PLAINTIFFS AND ORDER - 1
NO. 2:20-cv-00401-RSM-DWC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

3.    In exchange for dismissal of all claims and counterclaims with prejudice, defendants/counterclaim plaintiffs WA Vessel Company LLC, Cooke Aquaculture Pacific, LLC, and Icicle Vessel Holding, Inc. agree to be irrevocably bound by any final judgment or resolution of this case;

4.    Defendants/counterclaim plaintiffs WA Vessel Company LLC, Cooke Aquaculture Pacific, LLC, and Icicle Vessel Holding, Inc. can and shall be dismissed from this case with prejudice and without any award of costs or attorneys' fees to any party; and

5.    Dismissal of these three entities as defendants/counterclaim plaintiffs does not otherwise affect or prejudice the rights, claims, and defenses of any of the remaining parties to the litigation.

Dated this 4th day of August, 2020.

| BAUER MOYNIHAN & JOHNSON LLP | MULLIN, ALLEN & STEINER PLLC |
|---|---|
| s/ Matthew C. Crane<br>Matthew C. Crane, WSBA No. 18003 | s/ Daniel F. Mullin<br>Daniel F. Mullin, WSBA No. 12768<br>Attorneys for Defendants Icicle Seafoods Inc., ISVesselCo, Inc., WA Vessel Company LLC, Cooke Aquaculture Pacific, LLC, and Icicle Vessel Holding, Inc. |
| s/ Robert D. Sykes<br>Robert D. Sykes, WSBA No. 49635<br>Attorneys for Plaintiffs | |

## ORDER

It is so ordered.

Dated this 5th day of August, 2020.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF
CERTAIN DEFENDANTS/COUNTERCLAIM
PLAINTIFFS AND ORDER - 2
NO. 2:20-cv-00401-RSM-DWC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

s/ Matthew C. Crane
Matthew C. Crane, WSBA No. 18003
Attorneys for plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION FOR DISMISSAL OF
CERTAIN DEFENDANTS/COUNTERCLAIM
PLAINTIFFS AND ORDER - 3
NO. 2:20-cv-00401-RSM-DWC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400