UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, et al.,<br><br>          Plaintiffs/Counterclaim Defendants,<br><br>   v.<br><br>ICICLE SEAFOODS, INC., et al.,<br><br>          Defendants/Counterclaim Plaintiffs. | IN ADMIRALTY<br><br>NO. C20-00401-RSM<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF |

This matter comes before the Court on Plaintiff-Counterclaim Defendants United States Fire Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Great American Insurance Company of New York, Argonaut Insurance Company, Endurance American Insurance Company, Houston Casualty Company, and Certain Underwriters at Lloyd's, London ("the Insurers")'s Motion to File an Over-Length Brief. Dkt. #47. Insurers request an additional six pages, for a total of eighteen pages, to respond to Defendants' motion for disqualification of counsel, Dkt. #45. Defendants have not objected to the Insurers' motion.

Motions seeking approval to file an over-length motion or brief are disfavored but may be filed subject to certain procedural conditions. LCR 7(f). No opposition shall be filed unless

ORDER DENYING MOTION FOR LEAVE TO
FILE OVER-LENGTH BRIEF - 1

requested by the court.  LCR 7(f)(3).  The Court finds opposition briefing from Defendants unnecessary.

The Insurers request six additional pages for their response brief given that the factual portion of the brief is currently six pages, and Defendants seek the drastic remedy of disqualification.  As a result, Insurers argue, they require an additional twelve pages "to fully set out the authority applicable to Icicle's motion and effectively make their response argument."  Dkt. #47 at 2.

The Court finds that these reasons do not sufficiently justify an extension of the page limit by six pages for their response brief, where the original page limit is set at twelve.  Having reviewed the Insurers' Motion and the remainder of the record, the Court hereby finds and ORDERS that the Insurers' Motion for Over-length Briefing, Dkt. #47, is DENIED.

DATED this 20th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR LEAVE TO
FILE OVER-LENGTH BRIEF - 2