THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY; *ET AL.*,<br><br>         Plaintiffs/ Counterclaim Defendants,<br><br>v.<br><br>ICICLE SEAFOODS, INC., *ET ANO.*,<br><br>         Defendants/ Counterclaim Plaintiffs | NO. 2:20−cv−00401−RSM<br><br>STIPULATED MOTION TO CONTINUE DATE FOR ESI DISCLOSURES<br><br>NOTED ON MOTION CALENDAR: December 3, 2020 |

    Comes now the parties, through their counsel of record, and respectfully request that the Court modify the date set for "ESI Disclosures" as specified in the Court's Order on Discovery of Electronically Stored Information issued November 6, 2020 (Dkt. No. 44).

    The Court's order specified in relevant part that "[w]ithin 30 days of entry of this Order, or at a later time if agreed to by the parties, each party shall disclose" the items specified in Section B of the Order (ESI custodians, non-custodial data sources, third-part data sources, and inaccessible data). The 30 day deadline will run this Sunday, December 6, 2020.

    The parties hereby stipulate that the deadline for disclosure of the items specified in Section B of the Order should be changed to **Friday, December 11, 2020**, and request that the Court issue a limited order to that effect.

STIPULATED MOTION TO CONTINUE
DATE FOR ESI DISCLOSURES
Page 1
2:20−cv−00401−RSM

**MULLIN, ALLEN & STEINER PLLC**
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone:  (206) 957-7007
Fax:  (206) 957-7008

IT IS SO STIPULATED this 3rd day of December 2020.

| BAUER, MOYNIHAN & JOHNSON, LLP | MULLIN, ALLEN & STEINER PLLC |
|---|---|
| *s/ Matthew C. Crane* | *s/ Timothy E. Allen* |
| Matthew C. Crane, WSBA #18003 | Daniel F. Mullin, WSBA #12768 |
| Robert D. Sykes, WSBA #49635 | Timothy E. Allen, WSBA #35337 |
| *Attorneys for Plaintiffs/Counterclaim Defendants* | Tracy A. Duany, WSBA #32287 |
| | *Attorneys for Defendants/Counterclaim Plaintiffs* |

## ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the deadline for ESI Disclosures in the Court's order entered November 6, 2020, Dkt. No. 44, is reset to **Friday, December 11, 2020**.

DATED:  December 4, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by**:

MULLIN, ALLEN & STEINER PLLC

*s/ Timothy E. Allen*
Daniel F. Mullin, WSBA #12768
Timothy E. Allen, WSBA #35337
Tracy A. Duany, WSBA #32287
Attorneys for Defendants/Counterclaim Plaintiffs

STIPULATED MOTION TO CONTINUE
DATE FOR ESI DISCLOSURES
Page 2
2:20−cv−00401−RSM

**MULLIN, ALLEN & STEINER PLLC**
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone:  (206) 957-7007
Fax:  (206) 957-7008

**Approved as to Form, Notice of Presentation Waived**:

BAUER, MOYNIHAN & JOHNSON, LLP


*s/ Matthew S. Crane*
Matthew C. Crane, WSBA #18003
Robert D. Sykes, WSBA #49635
Attorneys for Plaintiffs/Counterclaim Defendants

STIPULATED MOTION TO CONTINUE
DATE FOR ESI DISCLOSURES
Page 3
2:20−cv−00401−RSM

**MULLIN, ALLEN & STEINER PLLC**
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone:  (206) 957-7007
Fax:  (206) 957-7008