UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY; *ET AL.*;<br><br>Plaintiffs/ Counterclaim Defendants,<br><br>v.<br><br>ICICLE SEAFOODS, INC., *ET AL.*,<br><br>Defendants/ Counterclaim Plaintiffs | CASE NO. 2:20−cv−00401−RSM<br><br>**STIPULATION AND ORDER REGARDING CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

IT IS HEREBY stipulated between the parties as follows;

1.  Defendants/Counterclaim Plaintiffs filed their Motion for Partial Summary Judgment [Dkt. No. 74] on Thursday, January 21, 2021, and noted same for consideration on February 12, 2021.

2.  Plaintiffs/Counterclaim Defendants filed a combined Response and Cross Motion for Partial Summary Judgment [Dkt. No. 86] on Monday, February 8, 2021, and noted same for consideration on March 5, 2021.

3.  In accordance with Local Rule 7(l), the parties stipulate that Defendants/Counterclaim Plaintiffs' Motion for Partial Summary Judgment [Dkt. No. 74] should be renoted for consideration on March 5, 2021.

STIPULATION AND ORDER REGARDING
CROSS-MOTIONS FOR PARTIAL SUMMARY
JUDGMENT - 1
(2:20−cv−00401−RSM)

MULLIN, ALLEN & STEINER PLLC
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone:  (206) 957-7007
Fax:  (206) 957-7008

4.   In accordance with Local Rule 7(k), the parties agree to the following briefing schedule:

a.   Defendants/Counterclaim Plaintiffs will file a combined Reply in Support of their Motion for Partial Summary Judgment and Response to Plaintiff/Counterclaim Defendants' Cross-Motion for Partial Summary Judgment on or before February 19, 2021.

b.   Plaintiff/Counterclaim Defendants will file their Reply in Support of their Cross-Motion for Partial Summary Judgment on or before Friday, March 5, 2021.

IT IS SO STIPULATED this 12th day of February, 2021.

| BAUER, MOYNIHAN & JOHNSON, LLP | MULLIN, ALLEN & STEINER PLLC |
|---|---|
| *s/ Meliha Jusupovic (with email authority)* | *s/ Tracy A. Duany* |
| Matthew C. Crane, WSBA #18003 | Daniel F. Mullin, WSBA #12768 |
| Meliha Jusupovic, WSBA #54024 | Timothy E. Allen, WSBA #35337 |
| *Attorneys for Plaintiffs/Counterclaim Defendants* | Tracy A. Duany, WSBA #32287 |
| | *Attorneys for Defendants/Counterclaim Plaintiffs Icicle Seafoods, Inc., and ISVesselCo, Inc.* |

## ORDER

1.   Defendants/Counterclaim Plaintiffs' Motion for Partial Summary Judgment [Dkt. No. 74] is re-noted for March 5, 2021.

2.   Defendants/Counterclaim Plaintiffs will file a combined Reply in Support of their Motion for Partial Summary Judgment and Response to Plaintiffs/Counterclaim Defendants' Cross Motion for Partial Summary Judgment on or before February 19, 2021.

STIPULATION AND ORDER REGARDING
CROSS-MOTIONS FOR PARTIAL SUMMARY
JUDGMENT - 2
(2:20−cv−00401−RSM)

3. Plaintiffs/Counterclaim Defendants will file a Reply in Support of their Cross-Motion for Partial Summary Judgment on or before Friday, March 5, 2021.

DATED this 18th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by**:

MULLIN, ALLEN & STEINER PLLC

*s/Tracy A. Duany*
Daniel F. Mullin, WSBA #12768
Timothy E. Allen, WSBA #35337
Tracy A. Duany, WSBA #32287
Attorneys for Defendants/Counterclaim Plaintiffs

**Approved as to Form, Notice of Presentation Waived**:

BAUER, MOYNIHAN & JOHNSON, LLP

*s/ Meliha Jusupovic (with email authority)*
Matthew C. Crane, WSBA #18003
Meliha Jusupovic, WSBA #54024
Attorneys for Plaintiffs/Counterclaim Defendants

**STIPULATION AND ORDER REGARDING
CROSS-MOTIONS FOR PARTIAL SUMMARY
JUDGMENT** - 3
(2:20−cv−00401−RSM)

**MULLIN, ALLEN & STEINER PLLC**
101 Yesler Way, Suite 400
Seattle, WA  98104
Phone:  (206) 957-7007
Fax:  (206) 957-7008