The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, *et al.*,<br><br>　　　　　Plaintiffs/Counterclaim Defendants,<br><br>　v.<br><br>ICICLE SEAFOODS, INC., *et al.*,<br><br>　　　　　Defendants/Counterclaim Plaintiffs. | NO.  2:20-cv-00401-RSM<br><br>AGREED MOTION TO EXTEND ORDER SETTING TRIAL AND RELATED DATES<br><br>NOTE ON MOTION CALENDAR: JULY 23, 2021 |

## I. INTRODUCTION

Pursuant to Local Civil Rules 10(g) and 16(b)(6), the parties request that the trial date and all other deadlines, excluding those that have passed as of this filing, be extended for 120 days. The current discovery cutoff is September 10, 2021 and the current trial date is February 28, 2022.  For the following reasons, the parties respectfully submit that good cause exists for the modest extension of the case schedule requested in this agreed motion.

AGREED MOTION TO EXTEND ORDER SETTING TRIAL
AND RELATED DATES - 1
No. 2:20-cv-00401-RSM

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

## II.  GOOD CAUSE EXISTS FOR A 120-DAY CONTINUANCE

A.  **Status of Discovery**

The parties have diligently conducted discovery and have made substantial progress to date, producing over 300,000 pages of documents and obtaining a substantial volume of documents from multiple third parties.  The parties have timely disclosed their expert witnesses and agree to complete any rebuttal expert disclosures on or before August 27, 2021.

However, substantial discovery tasks remain to be completed.  This includes production of documents pursuant to various non-party subpoenas and additional Icicle documents.  Further, the outcome of a dispositive motion pending before the Court [Dkt. 111], and three additional motions pending before the Court [Dkts. 71, 81, and 103] which address the propriety of the parties' respective claims of privilege, will affect the scope of any further document discovery required.

In the interest of conducting the deposition phase of discovery in the most efficient manner possible, the parties have largely deferred depositions pending the completion of document discovery and the resolution of the related privilege disputes.  As a result, depositions have not yet commenced.  The requested 120-day extension of the discovery cutoff will permit the parties to complete fact and expert depositions efficiently and with the benefit of a full written record.

Depending on the outcome of the pending motions, Icicle and Insurers believe a significant number of fact and expert witness depositions will be necessary.  Moreover, once document discovery is completed, the scheduling of these depositions within the confines of the current case schedule would be difficult at best.  For example, Icicle produced some 190,000 pages of documents between June 3 and July 1, and the Insurers produced some 100,000 pages

AGREED MOTION TO EXTEND ORDER SETTING TRIAL
AND RELATED DATES - 2
No. 2:20-cv-00401-RSM

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

of documents on June 3, all of which must be reviewed in preparation for depositions. Further, the parties believe that at least some depositions should be conducted in person, including some in Canada, and the requested extension will increase the chances that COVID-related attendance and travel restrictions and concerns will be eased and permit such depositions to occur. In addition, Insurers' co-lead counsel, Matthew Crane, will be on planned medical leave for 3-4 weeks starting in late September.

**B.      Engagement of New Counsel**

Both sides have recently retained new counsel. Icicle's lead lawyer, Dan Mullin of Mullin, Allen & Steiner PLLC, is retiring in August 2021, and Icicle has retained Gordon Tilden Thomas & Cordell LLP ("GTTC"). GTTC has associated as co-counsel and, after a period of transition, will continue as Icicle's sole counsel. Insurers have likewise just retained Lether Law Group as co-counsel to Bauer Moynihan & Johnson LLP.

Icicle and the Insurers would benefit from their new legal teams having more time to study the extensive documents produced by the parties and to learn the case. Further, the parties intend to explore whether the case can be resolved prior to trial, and they believe such efforts are more likely to succeed if they can be undertaken before they have incurred the cost of completing depositions.

The parties thus respectfully submit that good cause supports a modest continuance as outlined in the table below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **February 28, 2022** | **July 5, 2022** |
| Length of Trial | 8 days | 8 days |
| Deadline to serve expert rebuttal reports | N/A | August 27, 2021 |

AGREED MOTION TO EXTEND ORDER SETTING TRIAL
AND RELATED DATES - 3
No. 2:20-cv-00401-RSM

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | September 10, 2021 | January 10, 2022 |
| Discovery completed by | September 10, 2021 | January 10, 2022 |
| All dispositive motions must be filed by And noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | October 8, 2021 | February 6, 2022 |
| Mediation per LCR 39.1(c)(3) if requested by the parties, HELD NO LATER THAN | January 14, 2022 | May 16, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | January 28, 2022 | May 31, 2022 |
| Agreed pretrial order due | February 16, 2022 | June 15, 2022 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | February 23, 2022 | June 22, 2022 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATE:  July 23, 2021

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants/Counterclaim Plaintiffs

By    s/ Greg D. Pendleton
Franklin D. Cordell, WSBA #26392
Greg D. Pendleton, WSBA #38361
Chelsey L. Mam, WSBA #44609
Michael Rosenberger, WSBA #17730
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
gpendleton@gordontilden.com
cmam@gordontilden.com
mrosenberger@gordontilden.com

AGREED MOTION TO EXTEND ORDER SETTING TRIAL
AND RELATED DATES - 4
No. 2:20-cv-00401-RSM

GORDON #  600 University Street
TILDEN #   Suite 2915
THOMAS #   Seattle, WA  98101
CORDELL#   206.467.6477

| | | |
|---|---|---|
| 1 | DATE: July 23, 2021 | **MULLIN, ALLEN & STEINER PLLC** |
| 2 | | Attorneys for Defendants/Counterclaim Plaintiffs |

By  s/ Daniel F. Mullin
　　Daniel F. Mullin, WSBA #12768
　　Tracy A. Duany, WSBA #32287
　　Timothy E. Allen, WSBA #35337
　　101 Yesler Way, Suite 400
　　Seattle, WA  98104
　　206.957.7007
　　dmullin@masattorneys.com
　　tduany@masattorneys.com
　　tallen@masattorneys.com

DATE: July 23, 2021    **BAUER MOYNIHAN & JOHNSON LLP**
　　　　　　　　　　　　Attorneys for Plaintiffs

By   s/ Matthew C. Crane
　　Matthew C. Crane, WSBA #18003
　　Meliha Jusupovic, WSBA #54024
　　2101 Fourth Avenue, Suite 2400
　　Seattle, WA  98121
　　206.443.3400
　　mccrane@bmjlaw.com
　　mjusupovic@bmjlaw.com

DATE: July 23, 2021    **LETHER LAW GROUP**
　　　　　　　　　　　　Attorneys for Plaintiffs

By   s/ Thomas Lether
　　Thomas Lether, WSBA #18089
　　Sam Colito, WSBA #42529
　　1848 Westlake Avenue North, Suite 100
　　Seattle, WA  98109
　　206.467.5444
　　tlether@ltherlaw.com
　　scolito@letherlaw.com

AGREED MOTION TO EXTEND ORDER SETTING TRIAL
AND RELATED DATES - 5
No. 2:20-cv-00401-RSM

Lether   600 University Street
Law      Suite 2915
Group    Seattle, WA  98101
         206.467.6477

IT IS SO ORDERED.

DATED this 26th day of July, 2021.

                                             _[signature]_
                                             RICARDO S. MARTINEZ
                                             CHIEF UNITED STATES DISTRICT JUDGE

AGREED MOTION TO EXTEND ORDER SETTING TRIAL
AND RELATED DATES - 6
No. 2:20-cv-00401-RSM

Gordon    600 University Street
Tilden    Suite 2915
Thomas    Seattle, WA 98101
Cordell    206.467.6477