The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, *et al.*,<br><br>　　　　　Plaintiffs/Counterclaim Defendants,<br><br>　v.<br><br>ICICLE SEAFOODS, INC., *et al.*,<br><br>　　　　　Defendants/Counterclaim Plaintiffs. | IN ADMIRALTY<br><br>NO.  2:20-cv-00401-RSM<br><br>STIPULATED MOTION AND ORDER FOR ENTRY OF JUDGMENT AND DISBURSEMENT OF REGISTRY FUNDS<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 17, 2021** |

　　　The parties hereby stipulate to and jointly move for entry of judgment and disbursement of the funds held in the registry of this Court.

　　　On November 19, 2021, the Court entered its Order Re: Motions for Summary Judgment ("MSJ Order"). Dkt. 144.  The MSJ Order held as follows:  (i) Washington law applies to the parties' dispute; (ii) Icicle is not entitled to a jury trial; (iii) "Icicle is required to demonstrate an actual loss sustained of net earnings lost during the 14-day deductible period for the 2017 cod or sockeye salmon seasons"; and (iv) Icicle breached its duty to cooperate with the Insurers as a

STIPULATED MOTION AND ORDER FOR ENTRY OF JUDGMENT AND DISBURSEMENT OF REGISTRY FUNDS - 1
No. 2:20-cv-00401-RSM

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

matter of law, prejudicing Insurers and thereby discharging the Insurers' obligations under the policies and warranting summary dismissal of all of Icicle's counterclaims.

The motions that the Court decided in the MSJ Order did not seek judgment on the Insurers' sole affirmative claim, which seeks declaratory relief. *See* Dkt. 3 at ¶33 ("The Court should declare the quantum of defendants' actual loss of net earnings, if any, sustained in consequence of the RM THORSTENSON's main engine damage in December 2016 and as limited by the policy's terms and conditions, in order to determine the rights and obligations of the parties and to resolve the controversy between them."). As a result, the MSJ Order did not dispose of the Insurers' claim for declaratory judgment. However, the parties agree that the rationale of the MSJ Order entitles the Insurers to summary judgment on their claim for declaratory relief. Put another way, because the Court held "the Insurers have been discharged of their obligations arising from the policy," Dkt. 144 at 25, there is no longer any need for the Court to "declare the quantum of [Icicle's] actual loss of net earnings, if any, sustained" in connection with Icicle's loss of hire claim.

The parties thus respectfully request that the Court enter the attached proposed Judgment in a Civil Case. *Cf.* Fed. R. Civ. P. 58(d) ("A party may request that judgment be set out in a separate document as required by Rule 58(a)."). The parties agree that Icicle's stipulation to entry of the requested Judgment in a Civil Case pertains only to the form of the attached proposed Judgment and is in no way a concession as to the substance or merits of any issue. Icicle intends to appeal the Judgment, and the parties further expressly agree that Icicle's right of appeal is fully preserved. The parties likewise agree that the Court should promptly disburse to Bauer Moynihan & Johnson LLP as counsel for the Insurers the entirety of the $966,638.48 in

STIPULATED MOTION AND ORDER FOR ENTRY OF
JUDGMENT AND DISBURSEMENT OF REGISTRY
FUNDS - 2
No. 2:20-cv-00401-RSM

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

funds deposited by the Insurers in the Court's registry together with any accrued interest. *See*

Dkt. 40.

A proposed judgment in appropriate form is submitted herewith.

DATE: December 17, 2021

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants/Counterclaim Plaintiffs Icicle Seafoods, Inc., et al.

By   *s/ Franklin D. Cordell*
    Franklin D. Cordell, WSBA #26392
    Michael Rosenberger, WSBA #17730
    Greg D. Pendleton, WSBA #38361
    Chelsey L. Mam, WSBA #44609
    Miles C. Bludorn, WSBA #54238
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    fcordell@gordontilden.com
    mrosenberger@gordontilden.com
    gpendleton@gordontilden.com
    cmam@gordontilden.com
    mbludorn@gordontilden.com

DATE: December17, 2021

**BAUER MOYNIHAN & JOHNSON LLP**
Attorneys for Plaintiffs/Counterclaim Defendants United States Fire Insurance Company, et al.

By   *s/ Matthew C. Crane*
    Matthew C. Crane, WSBA #18003
    Meliha Jusupovic, WSBA #54024
    2101 Fourth Avenue, Suite 2400
    Seattle, WA 98121
    206.443.3400
    mccrane@bmjlaw.com
    mjusupovic@bmjlaw.com

STIPULATED MOTION AND ORDER FOR ENTRY OF JUDGMENT AND DISBURSEMENT OF REGISTRY FUNDS - 3
No. 2:20-cv-00401-RSM

Gordon
Tilden
Thomas
Cordell

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

1
2   DATE:  December 17, 2021
3
4
5                              By   *s/ Thomas Lether*
6                                 _____
7
8
9
10
11
12
13

**LETHER LAW GROUP**
Attorneys for Plaintiffs/Counterclaim Defendants
United States Fire Insurance Company, et al.

Thomas Lether, WSBA #18089
Sam Colito, WSBA #42529
1848 Westlake Avenue North, Suite 100
Seattle, WA  98109
206.467.5444
tlether@ltherlaw.com
scolito@letherlaw.com

STIPULATED MOTION AND ORDER FOR ENTRY OF
JUDGMENT AND DISBURSEMENT OF REGISTRY
FUNDS - 4
No. 2:20-cv-00401-RSM

LETHER LAW GROUP
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

IT IS SO ORDERED. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $966,638.48 plus all accrued interest, minus any statutory users fees, payable to United States Fire Insurance Company, *et al*. and mail or deliver the check to Bauer Moynihan & Johnson LLP as counsel for the Insurers.

DATED this 20th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR ENTRY OF
JUDGMENT AND DISBURSEMENT OF REGISTRY
FUNDS - 5
No. 2:20-cv-00401-RSM

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477