THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, et al.,<br><br>           Plaintiffs/Counterclaim Defendants,<br><br>     v.<br><br>ICICLE SEAFOODS, INC., et al.,<br><br>           Defendants/Counterclaim Plaintiffs. | IN ADMIRALTY<br><br>NO. 2:20-cv-00401-RSM<br><br>STIPULATED MOTION FOR MODIFICATION OF ORDER FOR ENTRY OF JUDGMENT AND DISBURSEMENT OF REGISTRY FUNDS, AND ORDER<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 21, 2021** |

The parties hereby stipulate to and jointly move for an order modifying the Court's order for disbursement of funds held in the registry of this Court.

On December 20, 2021, this Court entered its Stipulated Motion and Order for Entry of Judgment and Disbursement of Registry Funds ("Order for Entry of Judgment") and its Judgment in a Civil Case ("Judgment"). Dkts. #146, 147. In the Order for Entry of Judgment, the Court ordered that "The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $966,638.48 plus all accrued interest, minus any statutory users fees, payable to United States Fire Insurance Company, et al. and mail or deliver the check to Bauer Moynihan & Johnson LLP as counsel for the Insurers." Dkt. #146 at 5.

The parties hereby stipulate and jointly move this Court for the modification of that order to permit the registry funds to be disbursed to "Bauer Moynihan & Johnson

STIPULATED MOTION FOR MODIFICATION OF
ORDER FOR DISBURSEMENT OF REGISTRY
FUNDS AND ORDER - 1
NO. 2:20-cv-00401-RSM

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

1  LLP In Trust for Insurers," for ease of disbursement of the funds to plaintiff-
2  counterclaimant defendant Insurers in their respective percentages under the terms of the
3  applicable policy or policies of insurance at issue in this case.

4  DATE:  December 21, 2021          **BAUER MOYNIHAN & JOHNSON LLP**
5                                                        Attorneys for Plaintiffs/Counterclaim Defendants
                                                         United States Fire Insurance Company, et al.
6
7                                                        By    s/ Matthew C. Crane
                                                              Matthew C. Crane, WSBA #18003
8                                                             Meliha Jusupovic, WSBA #54024
                                                              2101 Fourth Avenue, Suite 2400
9                                                             Seattle, WA  98121
                                                              206.443.3400
10                                                            mccrane@bmjlaw.com
                                                              mjusupovic@bmjlaw.com
11

12 DATE:  December 21, 2021          **GORDON TILDEN THOMAS & CORDELL LLP**
                                                         Attorneys for Defendants/Counterclaim Plaintiffs
13                                                       Icicle Seafoods, Inc., et al.

14                                                       By    s/ Franklin D. Cordell
                                                              Franklin D. Cordell, WSBA #26392
15                                                            Michael Rosenberger, WSBA #17730
16                                                            Greg D. Pendleton, WSBA #38361
                                                              Chelsey L. Mam, WSBA #44609
17                                                            Miles C. Bludorn, WSBA #54238
                                                              600 University Street, Suite 2915
18                                                            Seattle, Washington 98101
                                                              206.467.6477
19                                                            fcordell@gordontilden.com
20                                                            mrosenberger@gordontilden.com
                                                              gpendleton@gordontilden.com
21                                                            cmam@gordontilden.com
                                                              mbludorn@gordontilden.com
22

23

24

25

26

STIPULATED MOTION FOR MODIFICATION OF
ORDER FOR DISBURSEMENT OF REGISTRY
FUNDS AND ORDER - 2
NO. 2:20-cv-00401-RSM

DATE:  December 21, 2021

**LETHER LAW GROUP**
Attorneys for Plaintiffs/Counterclaim Defendants
United States Fire Insurance Company, et al.

By   s/ Thomas Lether
Thomas Lether, WSBA #18089
Sam Colito, WSBA #42529
1848 Westlake Avenue North, Suite 100
Seattle, WA  98109
206.467.5444
tlether@ltherlaw.com
scolito@letherlaw.com

IT IS SO ORDERED.  The Stipulated Motion and Order for Entry of Judgment and Disbursement of Registry Funds, Dkt. #146, is hereby MODIFIED as follows:  The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $966,638.48 plus all accrued interest, minus any statutory users fees, payable to Bauer Moynihan & Johnson LLP In Trust for Insurers, and mail or deliver the check to Bauer Moynihan & Johnson LLP as counsel for the Insurers.

DATED this 30th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR MODIFICATION OF
ORDER FOR DISBURSEMENT OF REGISTRY
FUNDS AND ORDER - 3
NO. 2:20-cv-00401-RSM

ATTORNEYS AT LAW
BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206)  443-3400